Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-723**

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 29, 2025

## Title _____

**Title of Work:**  Cozy Red Pattern

## Completion/Publication _____

**Year of Completion:** 2024
**Date of 1st Publication:** January 30, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Daniela Iga
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant _____

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions _____

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification _____

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060303



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-268

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Pink Ginkgo Pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 27, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060314



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-404

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Tigers in the garden pattern

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 07, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060319



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-370

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 28, 2025

## Title

**Title of Work:** Frogs in the Lily Pond Pattern

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 25, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060306

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-849**

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Golden Art Deco Pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 04, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060307

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-407

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
**Title of Work:**  Verdant Geometry Pattern

## Completion/Publication
**Year of Completion:**  2017
**Date of 1st Publication:**  November 20, 2017
**Nation of 1st Publication:**  United States

## Author
- **Author:**  Daniela Iga
**Author Created:**  2-D artwork
**Citizen of:**  Brazil

## Copyright Claimant
**Copyright Claimant:**  Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions
**Name:**  Daniela Iga
**Email:**  danielaiga.art@gmail.com
**Address:**  Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification
**Name:**  David Denholm
**Date:**  June 03, 2025
**Applicant's Tracking Number:**  DI2025060320



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-270

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Pink Snakes Pattern

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 04, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060315



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-722

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
      **Title of Work:** Cool Llamas Pattern

## Completion/Publication
      **Year of Completion:** 2022
      **Date of 1st Publication:** August 21, 2022
      **Nation of 1ˢᵗ Publication:** United States

## Author
      •   **Author:** Daniela Iga
      **Author Created:** 2-D artwork
      **Citizen of:** Brazil

## Copyright Claimant
      **Copyright Claimant:** Daniela Iga
      Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions
      **Name:** Daniela Iga
      **Email:** danielaiga.art@gmail.com
      **Address:** Rua Sa e Souza, 1020 - AP 503
      Recife 51030-065 Brazil

## Certification
      **Name:** David Denholm
      **Date:** June 03, 2025
      **Applicant's Tracking Number:** DI2025060302



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-402

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Sweet Birds Pattern

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 14, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060318

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-302

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
_____

**Title of Work:** Blue Snakes Pattern

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** February 23, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant
_____

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions
_____

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification
_____

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060301



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-727**

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Delicate Pink Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 21, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniela Iga
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060304

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-320

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** Foxes & Leaves Pattern

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 14, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniela Iga
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060305



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-396**

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Romantic snakes pattern

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 04, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniela Iga
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Daniela Iga
Rua Sa e Souza, 1020 - AP 503, Recife, 51030-065, Brazil

## Rights and Permissions

**Name:** Daniela Iga
**Email:** danielaiga.art@gmail.com
**Address:** Rua Sa e Souza, 1020 - AP 503
Recife 51030-065 Brazil

## Certification

**Name:** David Denholm
**Date:** June 03, 2025
**Applicant's Tracking Number:** DI2025060316

