IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELA IGA, | |
| Plaintiff, | Case No.: 1:25-cv-14454 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Jinrui-us |
| 2 | Vosery |
| 3 | BinTu |
| 4 | Fuchen |
| 5 | LsskDG |
| 7 | YYnh |
| 8 | ODSGN |
| 9 | Bingfone |
| 10 | FJHJYYJ |
| 11 | EUSOLP |
| 20 | YNNALE |
| 21 | YcLenYo |
| 22 | ShoPen |
| 25 | QeLen |
| 26 | Mosytuky |
| 27 | famamediy |
| 28 | URKFL |
| 29 | Decaistore |
| 30 | Fehuew |

| | |
|---|---|
| 39 | GUOHAN'S SHOP |
| 45 | Wusikd |
| 46 | BOB Baby |
| 47 | YUEYING-US |
| 48 | Hryg |
| 49 | BZH-US |
| 50 | SA-Toy |
| 51 | joyistore |
| 52 | hagame |
| 53 | zhihuzeng |
| 54 | ZZKKO |
| 56 | VunKo |
| 57 | SFUU |
| 58 | JinruiMY |
| 59 | Leyu-US |
| 60 | Yiwu Taoshi Trading Co., Ltd. |
| 61 | Yiwu Lixin Trading Co., Ltd. |
| 62 | Chichome |
| 63 | PrintedProwess Skates |
| 64 | DecorVista WallArt |
| 66 | Pixeloft |
| 70 | WallCrafters |

DATED: January 28, 2026        Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt