## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Daniela Iga

                                                    Plaintiff,

v.                                                                          Case No.:
                                                                            1:25−cv−14454

                                                                            Honorable Andrea
                                                                            R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 2/19/2026. For the reasons stated on the record, Plaintiff's motion for entry of default and default judgment against the Defendants identified in First Amended Schedule A [37] is granted. Enter Default Judgment Order. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.